Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rick J Rauch
Tina M Rauch**
Debtor(s)

Bankruptcy Case No.: 15−70022−JAD

Chapter: 13
Docket No.: 55 − 54

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/15/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70022-JAD
Rick J Rauch                                                              Chapter 13
Tina M Rauch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 2           Date Rcvd: Apr 29, 2020
                              Form ID: 408            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb        +Rick J Rauch,   Tina M Rauch,    629 Elm Avenue,    Clearfield, PA 16830-2139
cr            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13979905      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13985551      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13979907      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14033799       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
14025420      +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #200,    MOORPARK, CA 93021-2602
13979910      +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
14643723       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13983726       E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:00:26    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13979908      +E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:00:26    Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13979909      +E-mail/Text: bankruptcynotice@fcbanking.com Apr 30 2020 03:00:27    First Commonwealth Ban,
               601 Philadelphia St,    Indiana, PA 15701-3952
13983685      +E-mail/Text: kpenn@lenderlaw.com Apr 30 2020 03:01:45    First Commonwealth Bank,
               c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
               401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13979906       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 03:06:41    Chase Card,
               Po Box 15298,    Wilmington, DE 19850
14050011       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:06:05
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13979911      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:06:36    Syncb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PennyMac Loan Services, LLC
cr             Pennymac Loan Servicing, LLC
cr            ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,   Pittsburgh, PA 15222-1004
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Rick J Rauch thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Tina M Rauch thedebterasers@aol.com

```
District/off: 0315-7          User: jfur                 Page 2 of 2                  Date Rcvd: Apr 29, 2020
                              Form ID: 408               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
          Mario J. Hanyon    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
          TOTAL: 9