**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICK J RAUCH<br>TINA M RAUCH<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:15-70022 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/12/2015 and confirmed on 2/27/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,251.94 |
| Less Refunds to Debtor | 176.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,075.53 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,529.00 | |
|     Trustee Fee | 2,894.19 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,423.19 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 47,153.51 | 0.00 | 47,153.51 |
|     Acct: 6179 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,631.25 | 1,631.25 | 0.00 | 1,631.25 |
|     Acct: 6179 | | | | |
|   FIRST COMMONWEALTH BANK* | 8,939.09 | 8,939.09 | 1,465.25 | 10,404.34 |
|     Acct: 5556 | | | | |
| | | | | 59,189.10 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK J RAUCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK J RAUCH | 143.34 | 143.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK J RAUCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK J RAUCH | 33.07 | 33.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 9,184.33 | 1,123.89 | 0.00 | 1,123.89 |
|     Acct: 7291 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9628 | | | | |
|   ECAST SETTLEMENT CORP | 8,020.00 | 981.41 | 0.00 | 981.41 |
|     Acct: 5569 | | | | |
|   ECAST SETTLEMENT CORP | 2,835.44 | 346.97 | 0.00 | 346.97 |
|     Acct: 4100 | | | | |
|   DISCOVER BANK(*) | 16,000.02 | 1,957.92 | 0.00 | 1,957.92 |
|     Acct: 8846 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 433.50 | 53.05 | 0.00 | 53.05 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 3782 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 4,463.24 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 63,652.34 |

```
TOTAL
  CLAIMED              0.00
  PRIORITY        10,570.34
  SECURED         36,473.29
```

Date: 04/27/2020                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICK J RAUCH
    TINA M RAUCH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70022 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rick J Rauch
Tina M Rauch
    Debtors

Case No. 15-70022-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: jfur     Page 1 of 2     Date Rcvd: Apr 29, 2020
                 Form ID: pdf900    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
```
db/jdb         +Rick J Rauch,    Tina M Rauch,    629 Elm Avenue,    Clearfield, PA 16830-2139
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500,    Atlanta, GA 30305-1636
13979905      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13985551       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13979907       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14033799        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14025420       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #200,    MOORPARK, CA 93021-2602
13979910       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
14643723        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13983726        E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:00:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13979908       +E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:00:26      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13979909       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 30 2020 03:00:27      First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
13983685       +E-mail/Text: kpenn@lenderlaw.com Apr 30 2020 03:01:45      First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13979906        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 03:06:41      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14050011        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:06:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13979911       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:05:55      Syncb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                                TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PennyMac Loan Services, LLC
cr              Pennymac Loan Servicing, LLC
cr            ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                               TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Rick J Rauch thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Tina M Rauch thedebterasers@aol.com
```

```
District/off: 0315-7          User: jfur              Page 2 of 2            Date Rcvd: Apr 29, 2020
                              Form ID: pdf900         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
        Mario J. Hanyon    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas Song    on behalf of Creditor    Pennymac Loan Servicing, LLC pawb@fedphe.com
        TOTAL: 9